## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-53 (MTT) |
| | ) |
| RODRICAS JACKS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his attorney, has moved to continue this case until the next trial term. ECF 39. The government has consented to the motion. *Id.* ¶ 5.

Having considered the grounds for the motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (ECF 39) is **GRANTED**. The case is continued from the November term and is specially set for the Court's next trial term presently scheduled for **December 8, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 14th day of October, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT